**FILED**

# DISTRICT COURT OF GUAM

DISTRICT COURT OF GUAM

**DEC 28 2018** cal

**JEANNE G. QUINATA**
**CLERK OF COURT**

SHERIF PHILIPS, MD )
_____ )
Plaintiff )
)
v. )
(VIDANT MEDICAL CENTER) )
Pitt County Memorial Hospital INC )
_____ )
Defendant )

Civil Action No. CV18-00046

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Pitt County Memorial Hospital, INC.
2100 Stantonsburg Rd.
Greenville, NC 27834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNE G. QUINATA
*CLERK OF COURT*

Date: 12/27/18 _____

_____
*Signature of Clerk or Deputy Clerk*

ORIGINAL

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  First Class Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  12/28/18 _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# POSTNET

PostNet GU101
1270 N. Marine Corps Dr
Ste 101
Tamuning, GU 96913
671-649-2917

Invoice#: 564428   Clerk: Clerk

12/28/2018  10:17

Philips, Sherif
=======================================
Description
SKU#          Price    Qty  ExtPrice
=======================================
USPS First-Class Mail
FIRSTCLASS      7.75     1     7.75
Salsman, Jay
Tracking#: 9400110200881933983379
Package ID#: 342566
Dimensions: 11in. X 8in. X 1in.
Scale Display: 0.70 lb
Chargeable Weight: 0.8 lb
USPS First-Class Mail
FIRSTCLASS      7.75     1     7.75
Pitt County Memorize Hospital Inc
Tracking#: 9400110200829933925906
Package ID#: 342567
Dimensions: 11in. X 8in. X 1in.
Scale Display: 0.72 lb
Chargeable Weight: 0.8 lb
USPS First-Class Mail
FIRSTCLASS      7.50     1     7.50
Bolin, Paul
Tracking#: 9400110200793956431693
Package ID#: 342568
Dimensions: 11in. X 8in. X 1in.
Scale Display: 0.68 lb
Chargeable Weight: 0.7 lb
USPS First-Class Mail
FIRSTCLASS      7.50     1     7.50
Creech, David
Tracking#: 9400110200882934182013
Package ID#: 342570
Dimensions: 11in. X 8in. X 1in.
Scale Display: 0.66 lb
Chargeable Weight: 0.7 lb
USPS First-Class Mail
FIRSTCLASS      7.75     1     7.75
Carilion Clinic Pulmonary  Sleeping
Meds
Tracking#: 9400110200793956440384
Package ID#: 342571